CRIMINAL PROCEEDINGS — U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE: COLOMBELL    DOCKET NO. 3:24mj73
REPORTER: FTR       DATE: 8/29/24

UNITED STATES OF AMERICA                COUNSEL
v.

1. __Destiny Aleeyona Deaver Lindore__    1. __Paul Gill__ (w)
   Deft appeared via VTC ( ) ZOOM ( )

**APPEARANCES:** GOVERNMENT __Ellen Hubbard__ (p)
DEFENDANT WITH COUNSEL (✓)  DEFENDANT WITHOUT COUNSEL ( )
DEFENDANT NOT PRESENT ( )  WAIVER OF APPEARANCE FILED ( )
INTERPRETER _____ ( )

**BAIL STATUS:** DEFENDANT ON BOND ( )  DEFENDANT ON SUPERVISED RELEASE ( )
DEFENDANT INCARCERATED (✓)  BOND NOT SET ( )

**TYPE OF PROCEEDINGS:** INITIAL ( )  ARRAIGNMENT ( )  REARRAIGNMENT/GUILTY PLEA ( )
PRELIMINARY (✓)  DETENTION (✓)  MOTIONS ( )  OTHER: _____ ( )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION ( )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED ( )
CRIMINAL INFORMATION FILED ( )
OTHER ( ) _____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: _____ GOVT'S MOTION TO UNSEAL ( )
GOVT SUMMARIZED CHARGES ( )  DEFT ADVISED OF RULE 5 RIGHTS ( )
FINANCIAL AFFIDAVIT ( )  COUNSEL TO BE APPOINTED ( )
DEFT TO RETAIN COUNSEL ( )
GOVT'S MOTION TO DETAIN DEFT ( )  ORDER OF TEMPORARY DETENTION ( )
DEFT REMANDED ( )  DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE (✗)  DEFT ADDUCED EVIDENCE ( )
ARGUMENTS HEARD ( )  FINDINGS STATED FROM BENCH (✓)
DEFT WAIVED HEARING ( )  PROBABLE CAUSE FOUND (✓)
MOTION FOR CONTINUANCE ( )  GOVT ( )  DEFT ( )  DEFT REMANDED ( )
WITNESS(ES) __* Hunter Wallace - Task Force Agent DEA__
__* Counsel submitted on the issue__
__of probable cause__

*Govt Exh 1-5 marked + admitted

**DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE (✓)  DEFT ADDUCED EVIDENCE (✓)
ARGUMENTS HEARD (✗)  FINDINGS STATED FROM BENCH (✓)
DEFT WAIVED HEARING ( )  DEFENDANT CONTINUED ON PRESENT BOND ( )
DEFT HELD W/O BOND ( )  FLIGHT RISK ( )  DANGER ( )
GOVT NOT SEEKING DETENTION ( )  DEFENDANT RELEASED ON BOND (✗)
ELECTRONIC MONITORING ( )  3rd PARTY CUSTODIAN ( )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED ( )
MOTION FOR CONTINUANCE ( )  GOVT ( )  DEFT ( )
DEFT REMANDED ( )
WITNESS(ES) __* Hunter Wallace - DEA agent (task force)__
__* Faith Deaver - proposed 3rd party custodian__
__* See pg 2 for conditions of bond__

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F)  (y)

CASE CONTINUED TO: _____  FOR _____
CASE SET: 1:30  BEGAN: 1:34  ENDED: 3:00  TIME IN COURT: 1 hour, 26 minutes

**BOND CONDITIONS:**

- ✓ RESIDENCE/TRAVEL RESTRICTED TO ~~EDVA~~ Commonwealth of Virginia
- ✓ PRETRIAL SUPERVISION
- ✓ NO DRUGS
- ✓ NO FIREARMS
- ___ NO ALCOHOL   ___ NO EXCESSIVE USE OF ALCOHOL
- ___ MAINTAIN/SEEK EMPLOYMENT   ___ SHOW PROOF OF INCOME
- ✓ AVOID CONTACT WITH POTENTIAL WITNESSES, VICTIMS, ETC. No contact w/ Yasir Mohammad
- ___ SUBSTANCE ABUSE TESTING   ___ TREATMENT   ___ PAY COSTS AS DIRECTED
- ___ MENTAL HEALTH EVALUATION AND/OR TREATMENT ___ PAY COSTS
- ✓ ELECTRONIC MONITORING   ✓ PAY COSTS if Directed (Home Detention)
- ✓ 3RD PARTY CUSTODIAN   Faith Deaver
- ✓ MAINTAIN CONTACT WITH ATTORNEY
- ✓ SURRENDER PASSPORT -- OBTAIN NO OTHER TRAVEL DOCUMENTS
- ✓ IF DEFENDANT PLEADS GUILTY OR IS FOUND GUILTY REPORT TO USPO
- ✓ MAY REPORT TO AUSA WITH APPROVAL OF ATTORNEY
- ✓ CUSTODIAN MUST IMMEDIATELY REPORT ANY VIOLATION OF CONDITIONS

ADDITIONAL CONDITIONS: _____